# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUALON EUGENE HAWKINS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-10-1279-M |
| MIKE ADDISON, Warden, | ) |
| Respondent. | ) |

## ORDER

On December 6, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be dismissed upon filing as untimely. Petitioner was advised of his right to object to the Report and Recommendation by December 27, 2010. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 6, 2010, and

(2) DISMISSES petitioner's petition for a writ of habeas corpus upon filing as untimely.

**IT IS SO ORDERED this 13th day of January, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE